1  JOHN R. CLIFFORD, ESQ. (State Bar No. 124203)
   PATRICK W. BERRY, ESQ. (State Bar 281766)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  655 West Broadway, Suite 900
   San Diego, CA 92101-8484
4  Telephone: (619) 321-6200
   Facsimile: (619) 321-6201
5  Email: john.clifford@wilsonelser.com
   Email: patrick.berry@wilsonelser.com
6
7  Attorneys for Defendants USPLABS, LLC, JONATHON DOYLE, JACOB
   GEISSLER, USPLABS JACK3D, LLC, and USPLABS HOLDING, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE SPARLING and MICHAEL J SPARLING, on behalf of and as representatives for MICHAEL L SPARLING, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GEISSLER (an individual), USPLABS JACK3D, LLC, USPLABS HOLDING, LLC, GNC CORPORATION, NATURAL ALTERNATIVES INTERNATIONAL, INC., and DOES 1-500, Inclusive,<br><br>Defendants. | Case No.: 3:13-cv-00667-JLS-DHB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>**Fed. R. Civ. P. 12(b)(2),(6)**<br><br>(SDSC Case: 37-2013-00034663-CU-PL-CTL)<br><br>Judge:      Hon. Janis L. Sammartino<br>Courtroom:  3B (Schwartz)<br>Magistrate: Hon. David H. Bartick<br>Courtroom:  10th Floor (Annex)<br><br>Date:       May 9, 2013<br>Time:       1:30 p.m.<br>Judge:      Hon. Janis L. Sammartino<br>Courtroom:  3B (Schwartz) |

## NOTICE OF MOTION AND MOTION

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on May 9, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 3B of the above-captioned Court, located at 333 W. Broadway, San Diego, California, 92101, Defendants JONATHON DOYLE, JACOB GEISSLER, USPLABS JACK3D, LLC and USPLABS

HOLDING, LLC, will and hereby do move the Court for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) on the ground that the state of California does not have personal jurisdiction over the Defendants.

Additionally, Defendants USPLABS, LLC, JONATHAN VINCENT DOYLE, JACOB GEISSLER, USPLABS JACK3D, LLC and USPLABS HOLDING, LLC, will and hereby do move the Court for an Order dismissing portions of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that the Complaint fails to state a claim upon which the Court may grant Plaintiffs relief.

This Motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declaration of Jonathan Vincent Doyle, the Declaration of Jacob Geissler, the Declarations of Lonnie Clark that are being filed concurrently with this Motion and attached exhibits; the Request for Judicial Notice; all pleadings and documents on file in this action; and such other materials or argument as the Court may properly consider prior to deciding this Motion.

Dated: March 28, 2013      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ John R. Clifford
John R. Clifford, Esq.
Patrick W. Berry, Esq.
Attorneys for Defendants USPLABS, LLC, JONATHON DOYLE, JACOB GEISSLER, USPLABS JACK3D, LLC, and USPLABS HOLDING, LLC