Anthony G. Brazil, Esq. SBN: 84297
abrazil@mpplaw.com
Matthew L. Marshall, Esq. SBN: 168013
mmarshall@mpplaw.com
Holiday D. Powell, Esq. SBN: 245135
hpowell@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant
NATURAL ALTERNATIVES INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE SPARLING and MICHAEL J. SPARLING, on behalf of and as representatives for MICHAEL L. SPARLING, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GESSLER (an individual), USPLABS JACK3D, LLC, USPLABS HOLDING, LLC, GNC CORPORATION, NATURAL ALTERNATIVES INTERNATIONAL, INC.; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 3:13-cv-00667-JLS-DHB<br><br>**DEFENDANT NATURAL ALTERNATIVES INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Request For Judicial Notice]<br><br>[FED. R. CIV. P. 8, 12(b)(6), 12(e)]<br><br>Judge: Janis L. Sammartino<br>Courtroom: 3B<br>Date: May 23, 2013<br>Time: 1:30 p.m. |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 23, 2013 at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom Number 3B of the United States

District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, before the Honorable Janis L. Sammartino, defendant Natural Alternatives International, Inc. ("NAI") will and hereby does move to dismiss plaintiffs Leanne Sparling and Michael J. Sparling's ("Plaintiffs") Complaint for Damages ("Complaint") pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) on the following grounds:

1. Plaintiff's Count I – Negligence, fails to state a claim upon which relief may be granted. FED. R. CIV. P. 8(a), 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

2. Plaintiff's Count II – Strict Products Liability – Design Defect, fails to state a claim upon which relief may be granted. FED. R. CIV. P. 8(a), 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

3. Plaintiff's Count III – Strict Products Liability – Failure to Warn, fails to state a claim upon which relief may be granted. FED. R. CIV. P. 8(a), 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

4. Plaintiff's Count V – Breach of Express Warranty, fails to state a claim upon which relief may be granted. FED. R. CIV. P. 8(a), 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

5. Plaintiff's Count VI – Breach of Implied Warranty, fails to state a claim upon which relief may be granted. FED. R. CIV. P. 8(a), 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

6. Plaintiff's Count IX – Wrongful Death, fails to state a claim upon which relief may be granted. FED. R. CIV. P. 8(a), 12(b)(6); *Bell Atlantic Corp. v.*

*Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

7. Plaintiffs' prayer for punitive damages against NAI is inadequately pleaded. FED. R. CIV. P. 8(a), 12(b)(6), 12(f); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937 (2009).

Alternatively, NAI moves for an order requiring a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) because the Complaint is so indefinite that NAI cannot ascertain the nature of the claims being asserted against it. FED. R. CIV. P. 12(e); *Federal Sav. and Loan Ins. Corp. v. Musacchio*, 695 F.Supp. 1053, 1060 (N.D. Cal. 1988).

This Motion is based on upon this Notice of Motion, the attached Memorandum of Points and Authorities, all pleadings, papers and records on file in this action, and upon such other oral and documentary evidence as may be presented at the hearing.

Dated: April 19, 2013             **MORRIS POLICH & PURDY LLP**

By: s/ Matthew L. Marshall
    Anthony G. Brazil, Esq.
    Matthew L. Marshall, Esq.
    Holiday D. Powell, Esq.

Attorneys for Defendant
**NATURAL ALTERNATIVES INTERNATIONAL, INC.**

3
DEFENDANT NATURAL ALTERNATIVES INTERNATIONAL, INC.'S NOTICE OF MOTION TO DISMISS