JOHN R. CLIFFORD, ESQ. (State Bar No. 124203)
PATRICK W. BERRY, ESQ. (State Bar No. 281766)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
655 West Broadway, Suite 900
San Diego, CA 92101-8484
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: john.clifford@wilsonelser.com
Email: patrick.berry@wilsonelser.com

Attorneys for Defendant USPLABS, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE SPARLING and MICHAEL J SPARLING, on behalf of and as representatives for MICHAEL L SPARLING, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GEISSLER (an individual), USPLABS JACK3D, LLC, USPLABS HOLDING, LLC, GNC CORPORATION, NATURAL ALTERNATIVES INTERNATIONAL, INC., and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 3:13-cv-00667-JLS-DHB<br><br>**DECLARATION OF SERVICE**<br><br>Judge:   Hon. Janis L. Sammartino<br>Courtroom: 3B (Schwartz)<br>Magistrate: Hon. David H. Bartick<br>Courtroom: 10th Floor (Annex) |

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 West Broadway, Suite 900, San Diego, California, 92101.

On May 6, 2013, I caused to be served the following document(s):

**DEFENDANT GNC CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT**

1

1695885.1

3:13-cv-00667-JLS-DHB

1   ☐   **BY PERSONAL SERVICE** - I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A declaration by the messenger will be provided to our office after the documents have been delivered.)

☐   **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

☐   **BY FAX** - As follows: I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

| | |
|---|---|
| Attorneys for Plaintiffs Leanne and Michael J. Sparling, on behalf of Michael L Sparling, deceased | Anne Andrews, Esq.<br>John C. Thornton, Esq.<br>Sean Thomas Higgins, Esq.<br>Andrews & Thornton<br>2 Corporate Park, Suite 110<br>Irvine, CA 92606<br>Tel: (949) 748-1000<br>Fax: (949) 315-3540<br>Email: aa@andrewsthornton.com<br>jct@andrewsthornton.com<br>shiggins@andrewsthornton.com |
| Attorneys for Defendant Natural Alternatives International, Inc. | Anthony G. Brazil, Esq.<br>Matthew L. Marshall, Esq.<br>Holiday D. Powell, Esq.<br>Morris Polich & Purdy LLP<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 891-9100<br>Fax: (213) 488-1178<br>Email: abrazil@mpplaw.com<br>mmarshall@mpplaw.com<br>hpowell@mpplaw.com |

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on May 6, 2013, at San Diego, California.

*Sherri Stoddard*
Sherri Stoddard