Anthony G. Brazil, Esq. SBN: 84297
abrazil@mpplaw.com
Matthew L. Marshall, Esq. SBN: 168013
mmarshall@mpplaw.com
Holiday D. Powell, Esq. SBN: 245135
hpowell@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant
NATURAL ALTERNATIVES INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE SPARLING and MICHAEL J. SPARLING, on behalf of and as representatives for MICHAEL L. SPARLING, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GESSLER (an individual), USPLABS JACK3D, LLC, USPLABS HOLDING, LLC, GNC CORPORATION, NATURAL ALTERNATIVES INTERNATIONAL, INC.; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 3:13-cv-00667-JLS-DHB<br><br>**DEFENDANT NATURAL ALTERNATIVES INTERNATIONAL, INC.'S NOTICE OF ERRATA AND CORRECTION TO ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**<br><br>**Hearing:**<br>Date: Vacated<br>Time: Vacated |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Natural Alternatives International, Inc. ("NAI") hereby provides notice of errata and correction as follows:

On April 19, 2013, NAI filed a Notice of Motion and Motion to Dismiss Plaintiffs' Complaint for Damages, or in the Alternative, Motion for More Definite Statement (Document No. 15). In the supporting Memorandum of Points

and Authorities (Document No. 15-1) and Reply (Document No. 24, filed on May 16, 2013), NAI represented that it never sold a beta-alanine raw material called CarnoSyn. Since filing the Memorandum and Reply, counsel for NAI has learned that NAI sold a limited amount of beta-alanine raw material for a brief period during the fiscal 2012 year, which was well after the time period during which the decedent Michael L. Sparling allegedly ingested Jack3d containing the raw ingredient CarnoSyn (April-June 2011). NAI did not sell beta-alanine raw material at any time before 2012.

Dated: August 8, 2013　　　　　　　　　**MORRIS POLICH & PURDY LLP**

By: /s/ Holiday D. Powell
　　　Anthony G. Brazil, Esq.
　　　Matthew L. Marshall, Esq.
　　　Holiday D. Powell, Esq.
Attorneys for Defendant
**NATURAL ALTERNATIVES INTERNATIONAL, INC.**

Of Counsel:

Richard J. Oparil
Kevin M. Bell
PATTON BOGGS LLP
2550 M St. NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)