# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

October 11, 2013

Clerk, U.S. District Court
Western District of Texas, El Paso Division
525 Magoffin Avenue, Room 105
El Paso, TX 79901

Re: Leanne Sparling, et al. v. Jonathan Vincent Doyle, et al., Case No. 3:13–cv–00667–JLS–DHB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

                        Sincerely yours,

                        W. Samuel Hamrick, Jr.,
                        Clerk of the Court

                        By: s/ J. Ortiz, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: